UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MILTON ANTONIO BELLOSO,
ALEJANDRO JASSO MARTINEZ and
RAUL G. PEREZ, JR. ,

       Plaintiffs,

v.                                        Case No:  6:18-cv-460-Orl-40TBS

ASPLUNDH TREE EXPERT, CO. and
ASPLUNDH TREE EXPERT, LLC,

       Defendants.
_____/

## ORDER

This cause is before the court following review of the Stipulation of Dismissal with Prejudice Pursuant to Rule 41(a)(1)(A)(ii), in which the parties stipulate to the dismissal of the above-captioned action in its entirety. (Doc. 36). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012).  Accordingly, the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 6, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties